IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Elkins Division

LESIA KINCAID,

    Plaintiff,

v.                                    CIVIL ACTION NO.: 2:18-CV-85 (Bailey)

DITECH FINANCIAL LLC,

    Defendant.

### AGREED ORDER OF DISMISSAL

This day came the Plaintiff, Lesia Kincaid, by and through her counsel, Steven R. Broadwater, Jr., and the Defendant, Ditech Financial LLC, by its counsel, Jason E. Manning, and stated that all matters in controversy herein have been compromised, settled and agreed, and moved the Court to dismiss this action with prejudice against said Defendants.

Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that this civil action be dismissed with prejudice and stricken from the docket.

It is further **ORDERED** that the Clerk of this Court mail a certified copy of this Order to counsel of record.

ENTERED the _____ day of _____, 201___.

_____
JUDGE JOHN P. BAILEY

**PREPARED BY:**

/s/ Jason E. Manning
Jason E. Manning (*WV 11277*)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
*Counsel for Defendant*

**APPROVED BY:**

/s/ Steven R. Broadwater, Jr.
Steven R. Broadwater, Jr. (*WV Bar 11355*)
Hamilton, Burgess, Young & Pollard, *pllc*
P.O. Box 959
Fayetteville, WV 25840
*Counsel for Plaintiff*

37113931